**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| NICHOLAS BAVAS,<br><br>    Plaintiff,<br><br>    v.<br><br>DRAFTKINGS, INC., and CROWN IA GAMING LLC d/b/a DraftKings,<br><br>    Defendants. | Case No.: 4:25-cv-00185-SHL-SBJ |

**APPENDIX IN REPLY TO DEFENDANTS' RESISTANCE TO**
**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

## **TABLE OF CONTENTS**

**Page**

1. Declaration of Darren T. Kaplan. .................................................................................. 1

2. Exhibit "A"--EMail Correspondence of September 18, 2025 . ................................... 2-5

i

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| NICHOLAS BAVAS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DRAFTKINGS, INC., and CROWN IA GAMING LLC d/b/a DraftKings,<br><br>　　　　　　Defendants. | Case No.: 4:25-cv-00185-SHL-SBJ<br><br>**DECLARATION OF DARREN T. KAPLAN IN REPLY TO DEFENDANTS' RESISTANCE TO MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Darren T. Kaplan declares as follows pursuant to 28 U.S.C. § 1746:

1.　I am the managing partner of Kaplan Gore LLP, and am an attorney duly admitted to practice in the states of Connecticut, Georgia, and New York. I was admitted *pro hac vice* in this Court on May 27, 2025. I am counsel for Plaintiff Nicholas Bavas ("Bavas") in the above-captioned action . I submit this declaration in Reply to Defendants' Resistance to Plaintiff's Motion for Partial Summary Judgment. I am familiar with the record and the proceedings herein.

2.　Attached hereto as **Exhibit A** is a true and correct copy of an email exchange I had with Counsel for Defendants Morgan Rees on September 18, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 17, 2025

　　　　　　　　　　　　　　　　　　　　　s/Darren T. Kaplan　　　　　　　
　　　　　　　　　　　　　　　　　　　　　Darren T. Kaplan, Esq.

APPENDIX "A"

Page 2

 Outlook

## Re: [EXTERNAL] Kaplan Gore LLP Case# 2505675 - Bavas v. DraftKings, Inc.: Extension of Time to file Motion for Leave to Amend Pleadings

**From** Darren Kaplan <dkaplan@kaplangore.com>
**Date** Thu 2025-09-18 7:10 PM
**To** Morgan, Rees <rmorgan@coblentzlaw.com>
**Cc** Ben Lynch <ben@benlynchlaw.com>; Patch, Richard <rpatch@coblentzlaw.com>; Patel, Bina <bpatel@coblentzlaw.com>; Matthew D. Callaman <mdcallanan@belinmccormick.com>

Goes without saying.

**Darren T. Kaplan**
dkaplan@kaplangore.com



---

**From:** Morgan, Rees <rmorgan@coblentzlaw.com>
**Sent:** Thursday, September 18, 2025 7:09 PM
**To:** Darren Kaplan <dkaplan@kaplangore.com>
**Cc:** Ben Lynch <ben@benlynchlaw.com>; Patch, Richard <rpatch@coblentzlaw.com>; Patel, Bina <bpatel@coblentzlaw.com>; Matthew D. Callaman <mdcallanan@belinmccormick.com>
**Subject:** Re: [EXTERNAL] Kaplan Gore LLP Case# 2505675 - Bavas v. DraftKings, Inc.: Extension of Time to file Motion for Leave to Amend Pleadings

I think we agree on that. But to be clear, we reserve all rights to oppose any request for leave to amend following resolution of the partial MSJ. Once the court rules on your motion, we assume there will be (may be) motion practice regarding the propriety of any attempt to amend the complaint. Our client reserves all rights and waives none on that issue. Thanks.

Sent from my iPhone


> On Sep 18, 2025, at 4:02 PM, Darren Kaplan <dkaplan@kaplangore.com> wrote:
>
>
> Thank you, Reese.
>
> It appears that you and I are in full agreement regarding both the scope of any amendment following the Court's ruling on the motion for partial summary judgment and the purpose of tomorrow's

deadline. As we both understand it, the deadline is intended to address general amendments to the initial pleadings, rather than requests for leave to make more specific amendments after the resolution of a summary judgment motion.

Accordingly, I agree that there is no need to extend the deadline for amendment of pleadings as set forth in the scheduling and trial setting order.

**Darren T. Kaplan**
dkaplan@kaplangore.com

<Outlook-1512815153.png>

---

**From:** Morgan, Rees <rmorgan@coblentzlaw.com>
**Sent:** Thursday, September 18, 2025 6:43 PM
**To:** Darren Kaplan <dkaplan@kaplangore.com>
**Cc:** Lynch, Ben <ben@benlynchlaw.com>; Patch, Richard <rpatch@coblentzlaw.com>; Patel, Bina <bpatel@coblentzlaw.com>; Callaman, Matthew D. <mdcallanan@belinmccormick.com>
**Subject:** RE: [EXTERNAL] Kaplan Gore LLP Case# 2505675 - Bavas v. DraftKings, Inc.: Extension of Time to file Motion for Leave to Amend Pleadings

Hi Darren:

We don't believe this deadline should be pushed out pending the resolution of the motion for partial summary judgment. I understand that you already have a request seeking leave to amend your complaint in that pending motion, which the Court presumably will address once the motion is decided. Tomorrow's deadline is intended to address more general amendments to the initial pleadings, as opposed to a request for leave to make more specific amendments following the resolution of a summary judgment motion. Thanks,

Rees

**Rees Morgan** | Partner
**Coblentz Patch Duffy & Bass LLP**
415-772-5754 | Office 415-391-4800

This transmittal is intended solely for use by its addressee, and may contain confidential or legally privileged information. If you receive this transmittal in error, please email a reply to the sender and delete the transmittal and any attachments.

---

**From:** Kaplan, Darren T. <dkaplan@kaplangore.com>
**Sent:** Thursday, September 18, 2025 9:12 AM
**To:** Morgan, Rees <rmorgan@coblentzlaw.com>
**Cc:** dkaplan@kaplangore.com; Lynch, Ben <ben@benlynchlaw.com>; Patch, Richard <rpatch@coblentzlaw.com>; Patel, Bina <bpatel@coblentzlaw.com>
**Subject:** [EXTERNAL] Kaplan Gore LLP Case# 2505675 - Bavas v. DraftKings, Inc.: Extension of Time to file Motion for Leave to Amend Pleadings

Hello Rees,

Given the pending motion for partial summary judgment and the potential need to amend pleadings following the Court's decision on that motion, we think it makes

sense for both sides to extend the deadline for motion to amend pleadings (currently September 19, 2025) until after the motion for partial summary judgment is decided.

Will you agree?

**Darren T. Kaplan**

dkaplan@kaplangore.com

<image001.png>
**One Paces West | 2727 Paces Ferry Road SE | Suite 750 | Atlanta, GA 30339**
**404.537.3300 ext. 101 | Fax 404.537.3320 |**

**346 Westbury Ave. | Suite 200 | Carle Place, NY 11514**
**212.999.7370 ext. 101 | Fax 404.537.3320 |**
 www.kaplangore.com

This email message and any attachments are being sent by Kaplan Gore LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately by replying to this message and destroy all copies of this message and any attachments. Please consider the environment and do not print this email unless it is necessary. Thank you.