**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| NICHOLAS BAVAS, <br><br> Plaintiff, <br><br> v. <br><br> DRAFTKINGS, INC., and CROWN IA GAMING LLC d/b/a DraftKings, <br><br> Defendants. | **CASE NO.: 4:25-CV-00185-SHL-SB** <br><br><br> **DEFENDANTS' MOTION TO CONTINUE HEARING ON THE PARTIES' MOTIONS FOR SUMMARY JUDGMENT** <br><br> **(EXPEDITED RELIEF REQUESTED)** |

Defendants DraftKings Inc. and Crown IA Gaming LLC d/b/a DraftKings ("DraftKings") submit the following Motion to Continue Hearing on the Parties' Motions for Summary Judgment:

1.      On August 6, 2025, the Court issued a scheduling and trial setting order in this matter, setting the dispositive motion deadline for April 17, 2026, the final pre-trial conference for September 17, 2026, and a jury trial for September 28, 2026. *See* ECF No. 20.

2.      On March 4, 2026, following a joint motion from DraftKings and Plaintiff Nicholas Bavas (collectively, the "Parties") (ECF No. 43), the Court issued an order extending the dispositive motion deadline to May 1, 2026, while leaving the remaining deadlines unchanged. *See* ECF No. 45.

3.      On April 24, 2026, following a joint motion from the Parties (ECF No. 84), the Court issued an order extending the dispositive motion briefing schedule and page limits. *See* ECF No. 85. Under that Order, the Parties have until May 29, 2026 to file responses to dispositive motions and until June 12, 2026 to file reply briefs. *Id.*

4.      On May 1, 2026, the Parties filed their respective motions for summary judgment. *See* ECF Nos. 88, 91.

5.      On May 20, 2026, the Court set a hearing on the Parties' respective motions for summary judgment for June 9, 2026. *See* ECF No. 102.

6.      DraftKings respectfully submits that continuing the hearing until after the June 12, 2026 deadline for reply briefs will promote judicial efficiency and assist the Court by ensuring the Court is able to consider the complete briefing on the motions for summary judgment, including any arguments or factual issues raised in DraftKings' reply brief.[1]

7.      The Parties have made two prior extension requests: (1) to extend the dispositive motion deadline (ECF No. 43); and (2) to extend the dispositive motion briefing schedule and page limits (ECF No. 84).

8.      The requested continuance does not change the current resistance and reply deadlines on the Parties' respective motions for summary judgment. *See* ECF No. 85. Nor does it affect the timing between the dispositive motion deadline and the scheduled trial date of September 28, 2026. It is therefore consistent with Local Rule 16(g), which ensures that 150 days remain between the dispositive motion deadline and the scheduled trial date of September 28, 2026.

9.      Counsel for DraftKings has conferred with counsel for Plaintiff regarding this Motion, and counsel for Plaintiff has stated that Plaintiff intends to resist this Motion.

10.     For the foregoing reasons, good cause exists to grant DraftKings' requested continuance of the hearing on the Parties' respective motions for summary judgment until after the June 12, 2026 deadline for reply briefs and to a date convenient for the Court.

WHEREFORE, DraftKings respectfully requests that the Court grant this Motion to Continue Hearing on the Parties' Motions for Summary Judgment.

---

[1] Additionally, counsel for DraftKings has a conflict with the June 9, 2026 hearing due to their understanding that the hearing would occur after briefing on the summary judgment motions is completed.

Dated:  May 22, 2026                              **COBLENTZ PATCH DUFFY & BASS LLP**


By: */s/ Richard R. Patch*
Richard R. Patch (pro hac vice)
Rees F. Morgan (pro hac vice)
Bina G. Patel (pro hac vice)
Emlyn R. Mandel (pro hac vice)
Franklin Krbechek (pro hac vice)
Leeza Arbatman (pro hac vice)
One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500
Telephone:  (415) 391-4800
Facsimile:  (415) 989-1663
Email: ef-rrp@cpdb.com
        ef-rfk@cpdb.com
        ef-bgp@cpdb.com
        ef-erm@cpdb.com
        ef-fsk@cpdb.com
        ef-ela@cpdb.com


**BELIN McCORMICK, P.C.**

Matthew D. Callanan
606 Walnut Street, Suite 2000
Des Moines, IA  50309-3989
Telephone: (515) 243-7100
Facsimile: (515) 558-0639
Email: mdcallanan@belinmccormick.com

*Counsel for Defendants*
*DRAFTKINGS INC. and CROWN IA GAMING*
*LLC*